OAO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

**Henry Kenneth Roger Siems**

V.

City of Minneapolis, et al.

## DEFENDANTS ' EXHIBIT LIST

Case Number: **06-1415 (MJD/AJB)**

| PRESIDING JUDGE | PLAINTIFF=S ATTORNEY | DEFENDANT=S ATTORNEY |
|---|---|---|
| Hon. Michael J. Davis | Jill M. Waite | Timothy S. Skarda & Tracey N. Fussey |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | 1 | | | | Hennepin County District Court records, Case No. 04024037 |
| | 2 | | | | Minneapolis Animal Control records, Kenneth Henry Siems. |
| | 3 | | | | Hennepin County Sheriff's Office, booking photograph, Kenneth Roger Siems, 4/13/04 |
| | 4 | | | | Minneapolis Police Department, CAPRS report no. 04-084648 |
| | 5 | | | | Minneapolis Emergency Communications Center, audio tape, case no. 04-084648 |
| | 6 | | | | Medical records, Hennepin County Medical Center, Henry Siems |
| | 7 | | | | Medical records, Indian Health Board, Henry Siems |
| | 8 | | | | Medical records, PNMC, Henry Siems |
| | 9 | | | | Independent medical evaluation, Nolan M. Segal, M.D., August 13, 2007 |
| | 10 | | | | Any exhibit listed on Plaintiff's Exhibit List or necessary for rebuttal |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.