OAO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

**Henry Kenneth Roger Siems**

V.

City of Minneapolis, et al.

## DEFENDANTS' WITNESS LIST

Case Number: **06-1415 (MJD/AJB)**

| PRESIDING JUDGE | PLAINTIFF=S ATTORNEY | DEFENDANT=S ATTORNEY |
|---|---|---|
| Hon. Michael J. Davis | Jill M. Waite | Timothy S. Skarda & Tracey N. Fussey |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| | | |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | Scott Whitman, 3647 Jordan Circle, New Hope, MN 55427, interaction with Plaintiff. |
| | | | | | Joseph Adams, MPD, 350 South 5th Street, Minneapolis, MN, incident. |
| | | | | | Hien Dinh, MPD, 350 South 5th Street, Minneapolis, MN, incident. |
| | | | | | Deputy Chief Scott Gerlicher, or his designee, MPD, 350 South 5th Street, Minneapolis, MN, policies and discipline. |
| | | | | | Tom Doty, or his designee, 212 17th Avenue North, Minneapolis, MN, Animal Control policies and procedures. |
| | | | | | Nolan M. Segal, M.D., 5100 Gamble Dr., Minneapolis, MN, Plaintiff's injuries. |
| | | | | | Any witness listed on Plaintiff's witness list or necessary for rebuttal. |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.