**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**Henry Kenneth Roger Siems,**
**an Individual,**

**Plaintiff,**

**vs.**

**The City of Minneapolis, a municipal corporation in Minnesota, Officer Joseph Adams (individually in is official capacity), Officer Hien Dinh (individually in his official capacity) and Does 1 through 5, inclusive,**

**Defendants.**

**Court File No.: 06-1415 (MJD/AJB)**

**DEFENDANTS' LIST OF DEPOSITION TESTIMONY**

The Defendants will be submitted the testimony of Dr. Nolan M. Segal, M.D. by video deposition currently scheduled for January 28, 2008, at 9:00 a.m. at 5100 Gamble Drive, Suite 540, Minneapolis, MN 55416.

Dated: January 15, 2008

JAY M. HEFFERN
City Attorney
By

s/Timothy S. Skarda

TIMOTHY S. SKARDA (10176X)
TRACEY N. FUSSEY (0311807)
Assistant City Attorneys
Attorneys for Defendants
300 Metropolitan Centre
333 South Seventh Street
Minneapolis, MN 55402-2453
(612) 673-2553