**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**Henry Kenneth Roger Siems, an Individual,**

**Plaintiff,**

**vs.**

**The City of Minneapolis, a municipal corporation in Minnesota, Officer Joseph Adams (individually in is official capacity), Officer Hien Dinh (individually in his official capacity) and Does 1 through 5, inclusive,**

**Defendants.**

**Court File No.: 06-1415 (MJD/AJB)**

**DEFENDANTS' REQUESTED VOIR DIRE**

Defendants request the court voir dire the jury panel with the attached questions.

Dated: January 15, 2008

JAY M. HEFFERN
City Attorney
By

s/Timothy S. Skarda

TIMOTHY S. SKARDA (10176X)
TRACEY N. FUSSEY (0311807)
Assistant City Attorneys
Attorneys for Defendants
300 Metropolitan Centre
333 South Seventh Street
Minneapolis, MN 55402-2453
(612) 673-2553

JUROR QUESTIONS

1. Name.
2. Age.
3. City/Town and County of residence.
4. How long have you lived at your current address?
5. Do you own, rent or live with other homeowner?
6. In what other cities and states you have previously lived and the approximate number of years in each place?
7. Describe your educational background, including last grade completed, name of any vocational school(s) and/or college(s) attended, and major areas of study.
8. What is your current employment status?
9. Describe your occupation and title.

10 Please indicate your last employment previous to your present position.

11. What is your marital status?
12. What is you spouse's occupation and employer, if employed outside the home.
13. What is the educational background of your spouse?
14. If you have children, what are their ages, sex, and if applicable their occupation and employer?
15. If there are other adults in your household OTHER THAN your spouse or children, what are their occupations and employers?
16. Do you know anyone employed by the Minneapolis Police Department?
17. If YES, please provide the person's name and explain how you know them.
18. Have you served as a juror in any case before?

19. IF YES, Was it a civil case or criminal case?

20. Was the case in State or Federal Court?

21. What year?

22. Did the Jury Deliberate?

23. Did the Jury Reach a Verdict?

24. Have you ever served in the military?

25. IF YES, what branch, rank at discharge and length of service.

26. Have you or anyone close to you ever been involved in a civil lawsuit or criminal trial?

27. IF YES, please explain?

28. Have you or anyone close to you ever been active in any neighborhood organizations?

29. IF YES, please give the organization's name and describe where, when and what you or they did.

30. Have you or anyone close to you ever been elected, appointed or served as a volunteer in any city, state or federal governmental position, committee, advisory board or commission?

31. IF YES, please describe who, when and what organization.

32. Have you or has anyone you know ever had an unsatisfactory or bad experience with a municipal commission, agency or employee?

33. IF YES, please explain the circumstances.

34. Have you or has anyone close to you ever had a bad or unsatisfactory experience with any type of law enforcement officer or agency?

35. IF YES, please describe.

36. What are your hobbies and spare time activities?

37. What types of books do you enjoy?

38. What types of TV programs or movies do you enjoy?

39. What is your main source of news?

40. What newspapers and magazines or special interest publications come into your home?

41. Have you or anyone close to you ever had any personal, business or other contact with any of the following people?

    If you answer "YES" to any of the following, please explain your relationship to the person and the nature of the contact.

    Attorneys

    Jill Waite, Esq.

    Timothy S. Skarda, Minneapolis Assistant City Attorney;
    Tracey Fussey, Minneapolis Assistant City Attorney

42. This case relates to the allegations regarding the use of force on April 13, 2004, by Minneapolis police officers Joseph Adams and Hien Dinh on the Plaintiff.

43. Do you recall hearing anything about this incident, the lawsuit or any of the people involved?

44. IF YES, please explain and describe your sources of information, e.g. newspapers, TV, radio, other people.

45. This case involves the Minneapolis Police Department. Are you aware of any media coverage of the Department within the last two years?

46. IF YES, please explain and describe your sources of information, e.g. newspapers, TV, radio, other people.

47. Are you, any member of your family or close friend currently employed by any law enforcement agency anywhere in the country?

48. Under our law, police officers have a privilege to use that amount of force which is reasonably necessary to carry out their duties. Is it not possible for you to accept or agree with that principle in law in listening to this case?

49. Do you feel that you could not be fair to a police officer in judging credibility?

50. Have you or anyone you know ever been arrested?

51. IF YES, please describe your relationship to the person and the nature of charge.

52. Have you or any member of your family been involved in healthcare-related employment or received special training in a medicine, nursing or other healthcare profession?

53. IF YES, please identify family member(s) involved and describe the nature of their employment.

54. Have you or any member of your family ever brought a civil action against a police department and/or its officers?

55. IF YES, please explain.

56. Have you or any of your close friends or relatives ever held a position with an emergency services or similar agency which demands evaluation of and reaction to individuals and situations?

57. IF YES, please explain.

58. Do you own a pet?

59. IF YES, have you ever had a complaint made against you related to your pet?

60. Have you ever made a complaint related to the ownership of a pet?

61. IF YES, please explain.

62. Have you or any member of your family ever made a formal complaint to the City Council, County Board, or Police Department about the conduct of police officers?

63. IF YES, please explain.

64. This case is expected to last approximately 5 days, would service on this case create any serious hardship for you?

65. IF YES, please describe.

66. Do you have any physical illnesses, disabilities or other conditions which would make it difficult for you to sit as a juror?

67. IF YES, please explain.