UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
_____

HENRY KENNETH ROGER
SIEMS, an individual,

       Plaintiff,


v.                                    **ORDER**
                                      Civil File No. 06-1415 (MJD/AJB)

THE CITY OF MINNEAPOLIS,
a municipal corporation in
Minnesota, et al.,

       Defendants.
_____

By Court Order filed November 13, 2007, the parties were required to submit a statement of the case, exhibit list, witness list, list of deposition testimony, all motions in limine, proposed voir dire, joint proposed jury instructions, and a proposed special verdict form by 12:00 p.m. on January 18, 2008. [Docket No. 8] As of today, Plaintiff has failed to provide any of the required documents.

    **IT IS HEREBY ORDERED**:

Plaintiff shall submit a statement of the case, exhibit list, witness list, list of

1

deposition testimony, all motions in limine, proposed voir dire, joint proposed jury instructions, and a proposed special verdict form, all submitted in the manner set forth in the Court's November 13, 2007 Order, by noon on Friday, January 25, 2008.  If Plaintiff fails to submit the required material by noon on January 25, 2008, this case will be **dismissed with prejudice**.

Dated:   January 22, 2008                              s / Michael J. Davis
                                                                                        Judge Michael J. Davis
                                                                                        United States District Court