**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Henry Kenneth Roger Siems,
an individual,
(MJD/AJB)

Plaintiff,

v.

The City of Minneapolis, a municipal corporation in Minnesota,
Officer Joseph Adams (individually And in his official capacity),
Officer Hien Dinh (individually and in his official capacity), and
Does 1 though 5, inclusive,

Defendants.

Court File No.: 06-cv-1415

**NOTICE OF MOTION AND MOTION**

**TO: DEFENDANTS ABOVE-NAMED AND THEIR ATTORNEYS, SUSAN SEGAL, TIMOTHY SKARDA AND TRACY NELSON FUSSY, MINNEAPOLIS CITY ATTORNEY'S OFFICE, 333 SOUTH SEVENTH STREET, SUITE 300, MINNEAPOLIS, MN 55402.**

PLEASE TAKE NOTICE that on the ____ day of ____________, 2008, or as soon thereafter as counsel may be heard, before the Honorable Michael Davis, Judge of United States District Court, U.S. Courthouse, 300 South Fourth Street, Minneapolis, MN 55415, the above-named Plaintiff will bring a motion for relief under Federal Rule of Civil Procedure 60(b).

This motion is made pursuant upon all the files and proceedings herein, including Plaintiff's Memorandum of Law, supporting affidavits, and if allowed by the Court, argument of counsel.

**RASMUS LAW OFFICE, LLC**

August 8, 2008

/s/ Dan Rasmus
Dan Rasmus (#0260289)
333 South Seventh Street, Suite 3020
Minneapolis, MN 55402
(612) 746-0321

**ATTORNEY FOR PLAINTIFF**