# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA
# CV 06-1415 (MJD/AJB)

Henry Kenneth Roger Siems
*an individual*
.

**NOTICE**

v.

City of Minneapolis., et al.

---

Plaintiff has requested a hearing on the Motion for Relief from Order Dismissing the Case. The request has been GRANTED. The hearing shall be held on October 10, 2008 in Courtroom 15E before Chief Judge Michael J. Davis in Minneapolis. The opposition to the motion shall be filed by September 11, 2008 by noon and the reply shall be filed by September 19, 2008 by noon.

Dated: August 21, 2008

s/Kristine Wegner
KRISTINE M. WEGNER
Calendar Clerk to the
Honorable Chief Judge Michael
J.Davis